1    **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9    United States of America,            )    CR-17-00299-PHX-DLR
                                          )
10              Plaintiff,                )
                                          )    **ORDER OF DETENTION**
11   vs.                                  )
                                          )
12                                        )
     Bart James Ellis,                    )
13                                        )
                Defendant.                )
14   _____ )

15

16          Defendant was released on Pretrial Supervision on 6/26/2017.  Pretrial Services filed

17   a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the

     terms of his release.  Defendant was arrested and appears before the Court with counsel.

18
            Counsel for defendant advises the Court that defendant wishes to waive his right to
19
     a hearing on the petition and admit to allegation 2 in the petition.  The Court addressed
20
     defendant and advised defendant of his right to remain silent, to continued representation by
21
     counsel, to provide evidence on his behalf, and the government's obligation to prove that
22
     defendant violated at least one condition of release by clear and convincing evidence.
23
     Defendant advised he understood these rights and confirmed that he wanted to waive his
24
     right to a hearing.
25
            The Court deems the waiver a submission and based on the defendant's admission, the
26
     Court finds that defendant violated at least one condition of his release.  Further, that
27
     defendant is unlikely to abide by any condition or combination of conditions of release.
28

IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

DATED this 6th day of July, 2017

_Michelle H. Burns_

Michelle H. Burns
United States Magistrate Judge